**BRIDGESTONE/FIRESTONE v. WILMINGTON MALL REALTY CORP.**

[341 N.C. 721 (1995)]

BRIDGESTONE/FIRESTONE v. WILMINGTON MALL REALTY CORP.

No. 25A95

(Filed 6 October 1995)

Appeal of right by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 117 N.C. App. 535, 451 S.E.2d 365 (1995), affirming a judgment for plaintiff entered on 27 August 1993 by Fullwood (Ernest B.), J., in Superior Court, New Hanover County. Heard in the Supreme Court 13 September 1995.

*Marshall, Williams & Gorham, L.L.P., by John D. Martin, for plaintiff-appellee.*

*Murchison, Taylor, Kendrick, Gibson & Davenport, L.L.P., by Michael Murchison, for defendant-appellant.*

PER CURIAM.

AFFIRMED.